**Order entered October 17, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01055-CV

## IN THE INTEREST OF A.S., A CHILD

### On Appeal from the 304th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 15-00707-W

## ORDER

We **GRANT** April E. Smith's amended motion to withdraw and appoint substitute counsel and **DIRECT** the Clerk of the Court to remove Ms. Smith as counsel for Father.

We **ORDER** the trial court to conduct a hearing to determine whether Father desires to prosecute this appeal. If the trial court determines Father does not desire to prosecute this appeal, it shall make a finding to that effect. If the trial court determines Father desires to prosecute the appeal, it shall next determine whether Father is entitled to appointed counsel. If the trial court determines Father is entitled to appointed counsel, the trial court shall appoint counsel to represent Father. If the trial court determines Father is not entitled to appointed counsel, the trial court shall then determine whether Father has retained counsel to represent him. Because this is an accelerated appeal, we **ORDER** the trial court to transmit to this Court, within **twenty (20) days** of the date of this order, the reporter's record from the hearing and a

supplemental clerk's record containing the written findings of fact, any supporting documentation, and any orders.

We **DIRECT** the Clerk of this Court to send a copy of this order to (1) the Honorable Andrea Martin, Presiding Judge of the 304th Judicial District Court; (2) Marty Grant, Official Court Reporter of the 304th Judicial District Court; (3) Ms. Smith; (4) Father; and (5) all other parties.

We **ABATE** the appeal to allow the trial court to comply with this order. It shall be reinstated twenty-five (25) days from the date of this order or when the supplemental record is received, whichever is earlier.

/s/     CRAIG STODDART
JUSTICE